Case 3:21-cv-00531-DMS-MSB   Document 1   Filed 03/25/21   PageID.1   Page 1 of 6

Henry A. Jones
CSP-RJD-FAC.B-6-119
480 Alta Rd.
San Diego, CA. 92179
CDCR# P-69574



**FILED**
Mar 25 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ JenniferS    DEPUTY

United States District Court
Southern District of California

'21 CV0531 DMS MSB

Henry A. Jones
  Plaintiff

V.

Doctor's et. al
  Defendents,

Case No _____
Civil Rights Complaint
Imminent Danger
28. U.S.C. 1915(g).
Jury Demanded.

I'm Requesting an emergency injunctive relief. on or about 3-16-2021, I refuse to accept a cell mate due to Covid-19, High Risk Factor's. I submitted to Ad-Seg

on or about 3-18-2021, I felt somthing in my chesk like my lungs, left side inflating, like a in side phart,. when I went to lay down, felt like somthing was jabbing in that left side lung. I feeld out 7362 Requesting an Ex-Ray

(1

SEE Attach. on 3-22-2021 A prison officiel came An said Doctor order you to see phisicel Therpy, I Refused that. I ~~feed~~ fild out Another 7362 on 3-21-2021, Exsplaing sharp stabing in my heart I think one of my leed broke in side of ME. I seen the Doctor on 3-25-2021, who ordered Ey Ray's, the examiner knew immeadity what was wrong and said this has happen before. your Leed is disconected & punchering your heart. I return back to my cell in Ad seg. The R.N. Said she ordered you some Tylenol, & shell see you next week. This is the same Doctor who took my Nytro Gliserin, Lower Bunk, & chrono's I Got some leeds thats broke off in my heart & she sais TAKE Tylenol.

 I'u REQuesting an Injunctive, to order this Doctor to Do Her Job, Emergency Medicel Treotment & Monitary compensation.
3-25-2021    2    Henry A dvn

I'm In the hole can't E-screen medical emergency.

STATE OF CALIFORNIA  
**HEALTH CARE SERVICES REQUEST FORM**  
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|
| NAME: Jones Henry | | CDCR NUMBER: P-69574 | | HOUSING: B-1-219 |
| PATIENT SIGNATURE: Henry A Jones | | | | DATE: 3-18/2021 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem)

I don't want to see Ad SEG Doctor. However I'm Requesting an X-Ray of My Left Lung. Hurts Real Bad. sharp pain, when sertin movment. Emergency going now 4 days

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

EMERGENCY

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
| --- |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR: MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Jones Henry
CDCR NUMBER: P-69574
HOUSING: 3-21-2021
PATIENT SIGNATURE: H. A. Jones
DATE: B-6-7/9

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem): "Emergency" I think one of my leads Broke inside of my heart, sertin possion sharp pains at Bottem of heart, & X-Ray needed.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

EMERGENCY X

Denny A. James ad seg
RBP-RJD-FAC-B-6-119
480 Alta Rd
San Diego, CA 92179
-69574

Legal Mail

SAN DIEGO CA 920
24 MAR 2021 PM 2 L

Hasler
03/23/2021
US POSTAGE $00.00⁰
ZIP 92179
011D11648136

RECEIVED
SOUTHERN DISTRICT OF CALIFORNIA
CLERK US...
M 25 2021

92101-380299

U.S. Dist. Court
Southern Dist. of California
333 W. Broadway
San Diego, CA 92101

RJD INDIGENT

3/22/21 AHJ

Legal mail on A.R. zulu 76553